IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANARIAN CHAD JACKSON
ADC #114342                                                                                           PETITIONER

VS.                                       5:06CV00101 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                      RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 28th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE